**Petition for Writ of Mandamus Denied and Memorandum Opinion filed January 24, 2023.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-22-00330-CV

_____

### IN RE HOWARD STEWART LAW, II, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**309th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2021-74082**

---

## MEMORANDUM OPINION

On May 5, 2022, relator Howard Stewart Law, II filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In his amended petition, relator asks this Court to compel the Honorable Linda Marie Dunson, presiding judge of the 309th District Court of Harris County, to vacate the trial court's March 14, 2022 temporary order, as it pertains to relator's monthly child support obligation.

Relator has not established that he is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Justices Wise, Zimmerer, and Poissant.